PROB 12C
(6/16)

Report Date: August 29, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 03, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William J. Lawrence          Case Number: 0980 2:06CR00036-JLQ-1

Address of Offender:                           Cheney, Washington 99004

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: October 20, 2006

Original Offense:       Credit Union Robbery, 18 U.S.C. § 2113(a), Cts. 1 and 2

Original Sentence:      Prison - 168 months;           Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Joseph H. Harrington            Date Supervision Commenced: July 11, 2018

Defense Attorney:       Federal Defender's Office      Date Supervision Expires: July 10, 2021

## PETITIONING THE COURT

 **To issue a SUMMONS.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: William Lawrence committed a state offense on August 24, 2019, by being in possession of a controlled substance, methamphetamine.

According to the Spokane County sheriff's report 2019-10120306, on August 24, 2019, a deputy observed a blue GMC Denali fail to stop for a posted stop sign. The vehicle was pulled over and Mr. Lawrence was identified as the driver. As there was an active no contact order against Mr. Lawrence, the officer asked him to exit the vehicle so they could identify the two female passengers.  Mr. Lawrence denied they were the protected person and stated they were prostitutes he had picked up at a hotel. The deputy could visibly see what appeared to be methamphetamine in the cup holder on the driver's side.  A search warrant was obtained and the deputy located methamphetamine in the cup holder closest to Mr. Lawrence.  Mr. Lawrence was placed under arrest for possession of a controlled substance and booked into the Spokane County Jail.

Prob12C
Re: Lawrence, William J.
**August 29, 2019**
Page 2

On July 11, 2018, William Lawrence signed his judgment for case number 2:06CR00036-JLQ-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Lawrence was made aware by his U.S. probation officer that he must not commit another Federal, state, or local crime.

2  **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: William Lawrence illegally possessed a controlled substance on August 24, 2019, in Spokane, Washington.

According to the Spokane County sheriff's report 2019-10120306, on August 24, 2019, a deputy observed a blue GMC Denali fail to stop for a posted stop sign. The vehicle was pulled over and Mr. Lawrence was identified as the driver. As there was an active no contact order against Mr. Lawrence, the officer asked him to exit the vehicle so they could identify the two female passengers. Mr. Lawrence denied they were the protected person and stated they were prostitutes he had picked up at a hotel. The deputy could visibly see what appeared to be methamphetamine in the cup holder on the driver's side. A search warrant was obtained and the deputy located methamphetamine in the cup holder closest to Mr. Lawrence. Mr. Lawrence was placed under arrest for possession of a controlled substance and booked into the Spokane County Jail.

On July 11, 2018, William Lawrence signed his judgment for case number 2:06CR00036-JLQ-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Lawrence was made aware by his U.S. probation officer that he must not illegally possess a controlled substance.

3  **Special Condition #19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: William Lawrence failed to abstain from the use of illegal controlled substances by consuming methamphetamine on or about August 23, 2019.

William Lawrence reported to the U.S. Probation Office as directed on August 27, 2019. A urine sample was taken and tested positive for methamphetamine. Mr. Lawrence signed a drug use admission form admitting to the use of the controlled substance.

Prob12C
**Re: Lawrence, William J.**
**August 29, 2019**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/29/2019

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

9/3/19

Date